THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

ELIZABETH DOUGHERTY and
NEIL J. DOUGHERTY,

    Plaintiffs,

v.

AMERICAN STATES
INSURANCE COMPANY,

    Defendant.

: 3:20-CV-2166
: (JUDGE MARIANI)

## ORDER

**AND NOW, THIS** \_\_10TH\_\_ **DAY OF JUNE, 2021**, for the reasons set forth in the accompanying memorandum opinion, **IT IS HEREBY ORDERED THAT** Defendant's Motion to Dismiss Plaintiffs' Claim for Bad Faith (Doc. 3) is **DENIED**.

Robert D. Mariani
United States District Court Judge