THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

ELIZABETH DOUGHERTY and
NEIL J. DOUGHERTY,

    Plaintiffs,

v.

AMERICAN STATES
INSURANCE COMPANY,

    Defendant.

: 3:20-CV-2166
: (JUDGE MARIANI)

FILED
SCRANTON

FEB 15 2022

Per_____ DEPUTY CLERK

## ORDER

AND NOW, THIS **15th** DAY OF FEBRUARY, 2022, upon receipt of Plaintiff's counsel's letter advising the Court that the above-captioned matter has been resolved through the completion of binding arbitration (Doc. 22), **IT IS HEREBY ORDERED THAT** this action is **DISMISSED WITH PREJUDICE.** The Clerk of Court is directed to **CLOSE** this case.

/s/ Robert D. Mariani
Robert D. Mariani
United States District Judge